UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EARL WATSON, III,

    Plaintiff,

Case No. 18-cv-10481
Hon. Matthew F. Leitman

v.

W. ZEOLLA, *et al.*,

    Defendants.

_____/

# ORDER TERMINATING AS MOOT PLAINTIFF'S EX-PARTE MOTION FOR ALTERNATE SERVICE ON DEFENDANT CHRISTOPHER BUSH (ECF #5)

On February 9, 2018, Plaintiff Charles Earl Watson, III ("Plaintiff") filed this action against W. Zeolla, Christopher Bush, the City of Detroit, and a number of unnamed defendants. (*See* Compl., ECF #1.) The Court issued a Summons for Christopher Bush on February 12, 2018. (*See* ECF #2.) On May 17, 2018, Plaintiff filed a motion seeking to serve Bush by alternate means. (*See* Mot., ECF #5.) On June 26, 2018, the Court held a telephone status conference during which counsel for Plaintiff and counsel for the City of Detroit and Zeolla agreed to arrange for regular service of Bush. On June 27, 2018, Plaintiff filed a certificate of service that Bush was personally served that day. (*See* ECF #8.) Bush thereafter filed an answer to the Complaint. (*See* ECF #9.)

1

Because Bush has been served, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for alternate service of Bush is **TERMINATED AS MOOT**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
