# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHARLES EARL WATSON, III,

    *Plaintiff*,

v.

TANNISCHA MCCALLUM; SEAN DORSEY; CLYDE LEWIS; JAMES ABRIEL; BRANDON WESTBROOK; JOSEPH OBI,

    *Defendants*.

Case No. 18-cv-10481

Hon. Matthew F. Leitman
Mag. Anthony P. Patti

_____/

## **STIPULATED ORDER EXTENDING FACT DISCOVERY CUTOFF**

It is hereby stipulated by all parties in the above-captioned case that, subject to the approval of the Court, the current fact discovery cutoff deadline of July 23, 2021, shall be extended by sixty (60) days, to September 21, 2021. The parties agree that the extension of time provided for in this Stipulated Order is necessary given that the parties have been actively engaged in exchanging discovery and the parties require additional time to conclude same. All other dates and deadlines in the Case Management and Scheduling Order (Doc. #37) shall remain the same.

**SO STIPULATED.**

By: */s/ Solomon M. Radner*  
    Solomon M. Radner (P73653)  
    Johnson Law, PLC  
    *Attorney for Plaintiff*  
    535 Griswold Ave., Suite 2600  
    Detroit, MI 48226  
    (313) 324-8300  
    sradner@venjohnsonlaw.com

By: */s/ Kristin M. Heyse*  
    Kristin M. Heyse (P64353)  
    Assistant Attorney General  
    *Attorney for Defendants*  
    P.O. Box 30217  
    Lansing, MI 48909  
    (517) 335-3055  
    heysek@michigan.gov

Dated: May 10, 2021

**IT IS SO ORDERED.**

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2021