UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARLES EARL WATSON, III,

    Plaintiff,

v

TANNISCHA MCCALLUM, SEAN DORSEY, CLYDE LEWIS, JAMES ABRIEL, BRANDON WESTBROOK and JOSEPH OBI

    Defendants.

Case No. 4:18-cv-10481

HON. MATTHEW F. LEITMAN

MAG. ANTHONY P. PATTI

---

Solomon M. Radner (P73653)
Madeline Sinkovich (P82846)
Johnson Law, PLC
Attorney for Plaintiff
535 Griswold Ave., Suite 2600
Detroit, MI 48226
(313) 324-8300
msinkovich@venjohnsonlaw.com
sradner@venjohnsonlaw.com

Kristin Heyse (P64353)
Assistant Attorney General
Attorney for Defendants
Michigan Dept. of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
heysek@michigan.gov

---

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO DISCOVERY**

Plaintiff, Charles Earl Watson, III, and Michigan Department of Corrections (MDOC) Defendants, Tannischa McCallum, Sean Dorsey, Clyde Lewis, James Abriel, and Joseph Obi, through their respective counsel, stipulate to extend MDOC Defendants' respective deadlines for responding to Plaintiff's First Request for Interrogatories and Production of Documents (served April 15,

2021). Defendants may delay filing their response to the discovery requests until June 14, 2021.

Stipulated to by:

| | |
|---|---|
| */s/Solomon M. Radner (w/consent)* | */s/ Kristin M. Heyse* |
| Solomon M. Radner (P73653) | Kristin M. Heyse (P64353) |
| Attorney for Plaintiff | Attorney for Defendants |
| | |
| Dated: May 12, 2021 | Dated: May 12, 2021 |

       IT IS SO ORDERED.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2021