UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARLES EARL WATSON, III,

    Plaintiff,

v

TANNISCHA MCCALLUM, SEAN DORSEY, CLYDE LEWIS, JAMES ABRIEL, BRANDON WESTBROOK and JOSEPH OBI

    Defendants.

Case No. 18-cv-10481
Hon. Matthew F. Leitman

---

| | |
|---|---|
| Solomon M. Radner (P73653) | Kristin M. Heyse (P64353) |
| Madeline Sinkovich (P82846) | Assistant Attorney General |
| Johnson Law, PLC | Attorney for Defendants |
| Attorney for Plaintiff | Michigan Dept. of Attorney General |
| 535 Griswold Ave., Suite 2600 | MDOC Division |
| Detroit, MI 48226 | P.O. Box 30217 |
| (313) 324-8300 | Lansing, MI 48909 |
| msinkovich@venjohnsonlaw.com | (517) 335-3055 |
| sradner@venjohnsonlaw.com | heysek@michigan.gov |

_____/

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DEFENDANTS TO RESPOND TO DISCOVERY**

Plaintiff, Charles Earl Watson, III, and Michigan Department of Corrections (MDOC) Defendants, Tannischa McCallum, Sean Dorsey, Clyde Lewis, James Abriel, and Joseph Obi, through their respective counsel, stipulate to extend MDOC Defendants' respective deadlines for responding to Plaintiff's First Request for Interrogatories and Production of Documents. Defendants may

delay filing their response to the discovery requests until June 28, 2021.

Stipulated to by:

| | |
|---|---|
| */s/Madeline Sinkovich (w/consent)* <br> Madeline Sinkovich <br> Attorney for Plaintiff | */s/ Kristin M. Heyse* <br> Kristin M. Heyse <br> Attorney for Defendants |
| Dated: June 14, 2021 | Dated: June 14, 2021 |

       **IT IS SO ORDERED**.

                                   /s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated: June 15, 2021