UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EARL WATSON, III,

    Plaintiff,

v.

W. ZEOLLA, *et al.*,

    Defendants.

Case No. 18-cv-10481
Hon. Matthew F. Leitman

_____/

## ORDER (1) GRANTING AMENDED MOTION TO COMPEL DISCOVERY (ECF No. 49) AND MOTION TO WITHDRAW AS COUNSEL (ECF No. 51); AND (2) TERMINATING AS MOOT ORIGINAL MOTION TO COMPEL (ECF No. 48)

Now pending before the Court are the following three motions: (1) Defendants James Abriel, Sean Dorsey, Clyde Lewis, Tannischa McCallum, and Joseph Obi's original motion to compel discovery (ECF No. 48); (2) Defendants' amended motion to compel discovery (ECF No. 49); and (3) Plaintiff Charles Earl Watson, III's counsel's motion to withdraw as counsel (ECF No. 51). The Court **ORDERS** as follows:

1. Defendants' amended motion to compel discovery (ECF No. 49) is **GRANTED**.

2. Watson's counsel's motion to withdraw as counsel (ECF No. 51) is **GRANTED**.

3. The appearances of Watson's counsel, Solomon Radner and Madeline Sinkovich of Johnson Law PLC, are **TERMINATED**.

1

4. By not later than December 6, 2021, Watson shall notify the Court in writing that he intends to proceed *pro se* or shall have new counsel file a written appearance on his behalf on the docket. If Watson fails to provide such notice or fails to have new counsel file a written appearance on his behalf, as required herein, this action shall be subject to dismissal.

5. By not later than January 7, 2022, Watson shall provide full responses to the discovery requests that are the subject of Defendants' amended motion to compel (ECF No. 49). If Watson fails to provide full responses to these discovery requests as required herein, this action shall be subject to dismissal.

6. Attorney Radner shall promptly serve this order on Watson and shall file a certificate of service on the docket.

7. Defendants' original motion to compel discovery (ECF No. 48) is **TERMINATED AS MOOT**.

   **IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: October 29, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 29, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764