UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EARL WATSON, III,

    Plaintiff,

v.

W. ZEOLLA, *et al.*,

    Defendants.
_____/

Case No. 18-cv-10481
Hon. Matthew F. Leitman

### ORDER RE-SETTING DATES BY WHICH PLAINTIFF MUST COMPLY WITH COURT'S EARLIER ORDER (ECF No. 53)

On October 29, 2021, this Court entered an order in which it granted (1) Defendants' amended motion to compel discovery (ECF No. 49) and (2) Plaintiff Charles Earl Watson, III's counsel's motion to withdraw as counsel (ECF No. 51). (*See* Order, ECF No. 53.)  As part of that order, the Court required Watson to do the following: (1) notify the Court as to whether he intended to proceed *pro se* or to retain new counsel by not later than December 6, 2021; and (2) provide full responses to the discovery requests that were the subject of Defendants' amended motion to compel discovery by not later than January 7, 2022. (*See id.*, PageID.323.) The Court explained that a failure to comply with either of these requirements would render Watson's action subject to dismissal. (*See id.*)  Finally, the Court ordered that Watson's now-terminated counsel serve the Court's order on Watson "promptly." (*Id.*)

1

Unfortunately, the Court's order was not sent to Watson until January 18, 2022. (*See* Certificate of Service, ECF No. 55.) By that point, the deadlines laid out for Watson in the order had passed.

Because Watson did not receive prompt notice of these deadlines, the Court concludes it will re-set these deadlines in order to provide Watson with a full opportunity to comply its earlier order. Accordingly, the Court **ORDERS** as follows:

1. By not later than March 7, 2022, Watson shall notify the Court in writing that he intends to proceed pro se or shall have new counsel file a written appearance on his behalf on the docket. If Watson fails to provide such notice or fails to have new counsel file a written appearance on his behalf, as required herein, this action shall be subject to dismissal.

2. By not later than April 6, 2022, Watson shall provide full responses to the discovery requests that are the subject of Defendants' amended motion to compel (ECF No. 49). If Watson fails to provide full responses to these discovery requests as required herein, this action shall be subject to dismissal.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 19, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126